# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>XLEAR, INC., a corporation,<br><br>　　　and<br><br>NATHAN JONES, individually and as an officer of XLEAR, INC.,<br><br>　　　Defendants. | Case No. ____<br><br>Main Action Pending in the United States District Court for the District of Utah, Case No. 2:21-cv-00640-RJS |

## ORDER

Upon consideration of the Defendants' Motion to Compel Compliance with Subpoena and to Transfer to D. Utah and any opposition thereto, it is this ___ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED** that the Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that this action shall be **TRANSFERRED** to the United States District Court for the District of Utah for consideration as part of Case No. 2:21-cv-00640-RJS.

Dated: _____, 20__

　　　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED:**